**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Juan Carlos HERNANDEZ–BALDO-VINOS, Defendant—Appellant.**

**No. 04–50221.**

United States Court of Appeals, Ninth Circuit.

Submitted July 11, 2005.*

Decided July 15, 2005.

Before: SCHROEDER, Chief Judge, RAWLINSON and BYBEE, Circuit Judges.

MEMORANDUM **

Juan Carlos Hernandez–Baldovinos appeals his 57–month sentence following his guilty plea to the offense of illegal alien found in the United States following deportation in violation of 8 U.S.C. § 1326. We remand the sentence for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir. 2005) (en banc).

REMANDED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.